IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN BOYD GIBSON, III**                                                                 **PETITIONER**

**V.**                           **CASE NO. 5:21-CV-5222**

**BENTON COUNTY DETENTION CENTER**                                        **RESPONDENT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on February 9, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The R&R recommends dismissing the Petition for Writ of Habeas Corpus under 28 U.S.C. .§ 2254 and/or § 2241. No objections were filed by the deadline.

Accordingly, the Court finds the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 1st day of March, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE